IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED IN OPEN COURT

OCT 24 2024

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY DONTE MILINER II,<br><br>Defendant. | Criminal No. 1:24-CR- 225<br><br>Count 1: Theft > $1,000 Within Special Maritime and Territorial Jurisdiction (18 U.S.C. § 661)<br><br>Count 2: Theft > $1,000 Within Special Maritime and Territorial Jurisdiction (18 U.S.C. § 661) |

### INDICTMENT

October 2024 Term — at Alexandria

### COUNT ONE
(*Theft > $1,000 Within Special Maritime and Territorial Jurisdiction*)

THE GRAND JURY CHARGES THAT:

On or about July 29, 2024, on the Pentagon Reservation, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, ANTHONY DONTE MILINER II, did knowingly take and carry away, with intent to steal or purloin, personal property of another, to wit: one (1) Trek Domane SL6 bike belonging to Richard Dorn, valued at over $1,000.

(In violation of Title 18, United States Code, Section 661.)

COUNT TWO
*(Theft > $1,000 Within Special Maritime and Territorial Jurisdiction)*

THE GRAND JURY CHARGES THAT:

On or about August 20, 2024, on the Pentagon Reservation, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, ANTHONY DONTE MILINER II, did knowingly take and carry away, with intent to steal or purloin, personal property of another, to wit: one (1) Canyon gravel bike belonging to Daniel Lapadula, valued at over $1,000.

(In violation of Title 18, United States Code, Section 661.)

A TRUE BILL

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

FOREPERSON

Jessica Aber
United States Attorney

By: _____
Thomas M. Kersey
Special Assistant United States Attorney (Pentagon)
April Russo
Assistant United States Attorney